## File Hashes for IP Address 68.45.85.156

**ISP:** Comcast Cable
**Physical Location:** Rahway, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/25/2014 20:56:00 | 217D6732A6FFED0D4BBEE863D77C5F18E8291C0A | Just Watch |
| 05/25/2014 20:54:32 | 3947FCC8AA68B7ECF765E44CF5B0D2D1071EDE09 | Knock On My Door |
| 05/20/2014 23:58:14 | 9A3FD23BC4F4CD872B5057DD2D956DF87DBB0785 | Slippery Sensations |
| 05/20/2014 23:27:36 | DDC802637026C75E45432E7A031AFC944B3E3DBD | Meet My Lover From Austria |
| 05/20/2014 22:46:47 | 9E2218A557E7ADB75C3A97C00BE06204D673F4DB | Rope Priority |
| 03/02/2014 04:33:32 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 02/28/2014 07:47:46 | F7A09D9219FCBA6BDE3B6C4D30F98728907BAF5E | Morning Meditation |
| 02/02/2014 04:22:45 | F3AC6C6426A63F4A538B658F257E60E040EB995A | Risky Business |
| 02/02/2014 03:26:25 | 29B7F74C41FE5D866E33F2F164810C7274B50307 | A Hot Number |
| 02/02/2014 02:07:22 | E75BB07E75EF2D799A8DBB39226D96A991715593 | They Only Look Innocent |
| 02/02/2014 01:26:29 | 984100104DB276E9534032091A714D6D9A80F856 | I Can Not Wait |
| 01/26/2014 04:44:35 | F29588AC6AD7BF70BDC9A5BF74798A0C5D264C3A | So Young |
| 01/16/2014 22:54:59 | 77E3EB3EB49251C7769DC905E63672189F4714D5 | Mile High Club |
| 01/14/2014 04:44:47 | 30067A95F032ACFBA60B20DBF61C14E1CC1C6C32 | The Way I Feel |
| 01/14/2014 04:41:21 | 96E04FF118E9CA0538F76FE9AA4279B63F28BC11 | Getting Ready For You |
| 01/05/2014 01:50:54 | F2145179CAE76EFF5A0BA59671885791F61AA2D3 | Lying Around |
| 01/04/2014 22:39:11 | 6149E17EEAD8B6FCA28451F1E70FB95C33775124 | Good Night Kiss |
| 01/04/2014 22:32:26 | D842D89D2B6CDBC30C1AD9F18F75B573BAC560D7 | Zeppelin on Fire |
| 12/22/2013 05:54:55 | 75F6F44501F0E0472C70A5870ABB57ACA3E1FCD2 | Awakening |
| 12/22/2013 05:52:41 | 7A567818987A2013AB430C646D3EFAD98BBB628F | No Turning Back Part #1 |
| 12/22/2013 05:26:45 | 2855AC27190A7D76548334E3211920DC1CBECE71 | Fantasy Come True |
| 12/22/2013 05:09:40 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |

EXHIBIT A

CNJ81

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/22/2013 04:06:24 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 12/20/2013 02:36:51 | 4385DAFE37802744A40AC07C0BB1A5431D5055D3 | Play Me |
| 12/07/2013 03:08:10 | 1AE2C5738D6957E318E36D366BBE2D7418ABD822 | Ready for Love |
| 12/07/2013 02:57:43 | 14B5574C0E73CDCCDE75D43CA9E6029A6694F8A8 | So Right Its Wrong |
| 11/28/2013 14:22:56 | DE7B587D5A58A43457FEE63A51FF3D2CFA9C1F4B | A Perfect Match |
| 11/28/2013 14:09:10 | B2D808E8260CB9D92D0E6A6550A3BE3686A6F9B0 | I Want to Tell You |
| 11/28/2013 06:57:25 | 73DB947A37B1296E012D7B4105D4422E610C05A6 | Lovers at Home |
| 10/30/2013 00:37:37 | CF98F4C61E90F4587CE605A28D3B4FB0B8185E3D | Date Night at Home |
| 10/29/2013 23:48:55 | 74AEFA80303258D88C537C095A25503389909DB8 | In Charge |
| 10/29/2013 23:16:33 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 10/29/2013 22:50:07 | 6AC44391151EAF73C8E6C9C5275FA553B07E3D5B | Hot Chocolate |
| 10/29/2013 18:14:15 | 79B9A2E05CDE684E6D87773D11EBCCCF33737F88 | Body Language |
| 10/29/2013 03:44:33 | B48A1BB0112378361A0BB3E268A5526F04C3F480 | My Naughty Girl |
| 10/11/2013 05:40:09 | F5070BE220BC834CAD7F5A7765ABBF4182632C56 | They Meet Again |
| 09/27/2013 04:46:02 | D436BBC0ED4AFB1E06285AD9DAFA7E384ED6CC65 | Love with a View |
| 09/14/2013 04:18:38 | 4B8C63B726D064F791F284E55A261B82C028E17F | Erotic Stretching and Sex |
| 09/14/2013 04:14:50 | 8E8F2B5701FDFD5BED87DA48A4137756BCB6DBD4 | Come Inside From the Cold |
| 09/05/2013 05:44:59 | E16F96AC819F7AA5A9AABFB5823CC124969333D8 | Pool Party For Three |
| 09/05/2013 05:40:04 | 64213CF5F444567056BC1D0E669EC60A5AACDAE4 | Newlyweds |
| 09/05/2013 05:39:31 | AEFF0AD33A3C61B6F6AE6F6A3FC42F7CC56FF0A2 | Wake Me Up Like This |
| 08/24/2013 15:19:00 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 08/14/2013 01:12:42 | 0E361721EC400D8CE3D621F038CE0293FB4B1E1A | Triple Threat |
| 07/24/2013 06:13:47 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | Model Couple |
| 11/25/2012 02:39:33 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |

**Total Statutory Claims Against Defendant: 46**

EXHIBIT A

CNJ81